# INITIAL APPEARANCE CALENDAR

Magistrate Judge: __Sanket J. Bulsara__    Date: __3/28/19__

Magistrate Case Number: __19-280M__    LOG #: __4:01 - 4:17__

Defendant's Name: __Tae Gyun Kim__

__✓__ Court appointed counsel.    ___ Defendant retained counsel.

Defense Counsel: __James Darrow__    CJA: ___  FDNY: __✓__  RET: ___

A.U.S.A. __Elizabeth Macchiaverna__    Clerk: __Felix Chin__

Interpreter: _____    Language: _____

__✓__ ARRAIGNMENT on Complaint held.    ___ Government Agent Sworn

___ DETENTION HEARING Held:    ___ Government opposed bail for reasons stated on the record.

__✓__ Bond set at __$500,000__.    __✓__ Bond set on consent of both parties.

Defendant: __✓__ released    ___ held pending satisfaction of bond conditions.

__✓__ Defendant advised of bond conditions set by the Court and signed the bond.

___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by _____

___ After detention hearing, Court orders detention in custody.    ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

__✓__ Preliminary Hearing set for: __4/11/19 @ 11:00__; or    ___ waived by defendant

___ Status Conference set for: _____ before Judge _____

___ Medical memo issued.

___ REMOVAL (Rule 5) PROCEEDING held. To the district of: _____

  ___ Identity hearing held. Court ___ orders removal ___ denies removal

  ___ Defendant waives: ___ identity hearing ___ preliminary hearing

  ___ Identity/ Removal Hearing set for: _____

  ___ No bail application presented to the Court. Commitment to the District _____ entered.

Other Comments/Rulings: __Dft is advised to retain counsel based on information provided on his financial affidavit.__